IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATEBORO DIVISION

U. S. DISTRICT COURT
Southern District of GA
Filed in Office

_____ M
12.21        20 17
_____
Deputy Clerk

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC D/B/A CHAMPION MORTGAGE COMPANY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC. [FNMA], ) ) ) ) ) Plaintiffs, ) ) v. ) ) BERNICE POWELL, BETTY HODGES POWELL, METLIFE HOME LOANS, THE UNITED STATES, ) ) ) ) ) Defendants. ) | CV617-084 |

## ORDER

Plaintiffs in this property suit seek to add one named heir and an unknown number of anonymous heirs of defendants Bernice Powell and Betty Hodges Powell, who are deceased. Doc. 5 at 2-3. Plaintiffs seek to add the new defendants pursuant to Federal Rules of Civil Procedure 19 and 21. *Id.* However, the time for plaintiffs to have served their Complaint has long passed. *See* Fed. R. Civ. P. 4(m) (requiring dismissal if service is not affected within 90 days after the Complaint is filed); doc. 1 (Complaint filed June 20, 2017). The Court might construe the request to drop the two deceased defendants and add their heirs as an implicit request to extend that period, but plaintiffs offer no explanation for their apparent failure to serve defendants Metlife Home Loans or the United States. Therefore, before the Court will allow plaintiffs to amend their Complaint, and within 14 days, plaintiffs are

**DIRECTED** to either present proof of service on defendants Metlife Home Loans and the United States or show good cause for their failure to timely serve those parties.

**SO ORDERED** this the 20Th day of December, 2017.

The Honorable G.R. Smith, Magistrate Judge
United States District Court, Southern
District of Georgia