# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV617-084 |
| UNKNOWN HEIRS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On March 1, 2018, the Court granted plaintiff's motion (doc. 17) for service on defendants "Unknown Heirs of Bernice Howell" and "Unknown Heirs of Betty Hodges Powell" by publication. Doc. 20. That Order, pursuant to O.C.G.A. § 9-11-4(f)(1)(C), directed the Clerk to publish notice of this action. *Id.*; *see* doc. 21 (signed notice). But plaintiffs must first fulfill their § 9-11-4 obligations.

That provision requires the *Clerk* to "cause the publication to be made in the paper in which sheriff's advertisements are printed, four times within the ensuing 60 days, publications to be at least seven days apart." O.C.G.A. § 9-11-4(f)(1)(C). Plaintiff, however, should have, "at the time of filing" its motion for service by publication, "deposit[ed] the

FILED
Scott L. Poff, Clerk
United States District Court
*By James Burrell at 2:04 pm, Mar 05, 2018*

cost of publication" with the Clerk. *Id.* It has not yet done so.

Plaintiff therefore must, within seven days of the date this Order is served, deposit the cost of publication with the Clerk.[1] The Clerk will thereafter publish the notice in the Savannah Morning News "four times within the ensuing 60 days, publications to be at least seven days apart." *Id.*

**SO ORDERED,** this  5th  day of March, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Savannah Morning News charges $10 per day for every 100 words in a notice.