**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> METLIFE HOME LOANS; THE UNITED STATES; UNKNOWN HEIRS OF BERNICE POWELL; and UNKNOWN HEIRS OF BETTY HODGES POWELL, <br><br> Defendants. | CIVIL ACTION NO.: 6:17-cv-84 |

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal, filed on January 21, 2020, stating that both Plaintiffs, as well as Defendants Diane Powell Morris and the United States of America stipulate to the voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 55.) The Stipulation is signed by the attorneys for the Plaintiffs and the United States as well as by Ms. Morris, who is proceeding *pro se*. (Id.) While others have been named as Defendants in this case,[1] Ms. Morris and the United States are the only two who have appeared in any way.[2]

All parties who have appeared having signed the Stipulation, the Court, in accordance with

---

[1] Defendant MetLife Home Loans, despite having been served, (doc. 44), has never appeared, filed an answer, or otherwise defended itself in this action. Likewise, none of the "Unknown Heirs of Bernice Powell" or "Unknown Heirs of Betty Hodges Powell" have ever answered or defended in this action. (See Doc. 29.)

[2] While Diane Powell Morris has never previously filed any pleadings or motions in the case, she has attended a telephonic hearing before the Court, (see doc. 50), and she has previously signed and entered into a proposed Consent Order with Plaintiff Nationstar which was filed but was never approved by or made an order of the Court, (see doc. 46-1). The United States has filed an Answer in the case. (Doc. 45.)

Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby **DISMISSES** this action without prejudice, (doc. 52). The Clerk of Court is **DIRECTED** to terminate all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 4th day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA